

April 9, 2021

*Via ECF*
Hon. Daniel J. Stewart
James T. Foley Courthouse
445 Broadway, Room 409
Albany, New York 12207

      Re:    **United States v. Tryon**
                **1:21-mj-00182 (DJS)**

Dear Judge Stewart:

      On behalf of defendant William Tryon, I am respectfully requesting a one-week adjournment of his preliminary and identity hearings which are currently scheduled for April 13, 2021. Mr. Tryon is still in the process of obtaining substitute counsel. From what I understand, it is anticipated that he will be able to secure new counsel by early next week. I have conferred with AUSA Rosenthal and he consents to this adjournment request. Thank you for Your Honor's consideration.

                    Respectfully submitted,

                    DREYER BOYAJIAN LLP

                    Lauren S. Owens
                    LOwens@dblawny.com

cc:    AUSA Joshua Rosenthal – via ECF
        AUSA Anita Eve – via email (anita.eve@usdoj.gov)