

April 16, 2021

**Via ECF**
Hon. Daniel J. Stewart
James T. Foley Courthouse
445 Broadway, Room 409
Albany, New York 12207

    Re:    **United States v. Tryon**
                **1:21-mj-00182 (DJS)**

Dear Judge Stewart:

    In follow up to my April 9, 2021 letter to the Court, it is counsel's understanding that as of this writing, Mr. Tryon has not obtained new counsel. In light of this, please be advised that Mr. Tryon will waive the preliminary and identity hearings that are scheduled before Your Honor on April 20, 2021. I have conferred with AUSA Anita Eve, Capitol Riots Detailee, and she has agreed to a date of May 6, 2021 for the next scheduled hearing date in the District of Columbia, to be held virtually.

                Respectfully submitted,

                DREYER BOYAJIAN LLP

                /s/ *Lauren S. Owens*

                Lauren S. Owens
                LOwens@dblawny.com

cc:    AUSA Joshua Rosenthal – via ECF
        AUSA Anita Eve – via email: anita.eve@usdoj.gov